1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| Graziani, | Case No.:  CV 18-2420-CBM-(SPx) |
|      Plaintiff, | **JUDGMENT  [JS-6]** |
| v. | |
| Barr *et al*., | |
|      Defendants. | |

18
19     Consistent with the Order re: Briefs on the Administrative Record,
20 judgment is entered in favor of Defendants and against Plaintiffs.

21
22 DATED:  January 22, 2021.

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

24
25
26
27
28